BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN J. BARRY (CSBN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

**FILED**

OCT 16 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-0189 SI |
| Plaintiff, | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. | |
| RAYMOND WILLIAMS, | |
| Defendant. | |

To the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner:

RAYMOND WILLIAMS.

The prisoner is required to appear in the above-referenced matter forthwith for his initial appearance before the Judge Susan Illston. His place of custody and jailor are set forth in the requested Writ, attached hereto.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 12-0189 SI

DATED: October 16, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s/ KEVIN J. BARRY
KEVIN J. BARRY
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 10-16-15

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 12-0189 SI

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Donald M. O'Keefe, United States Marshal for the Northern District of California; any of his authorized deputies; and Laurie Smith, Sheriff of Santa Clara County and director or the Santa Clara County Jail, 150 W. Hedding Street, San Jose, CA 95110.

GREETINGS

WE COMMAND that you have and produce the body of:

RAYMOND WILLIAMS,

PFN #: ECM757, in your custody in the above-referenced institution, FORTHWITH before the United States District Court in and for the Northern District of California, in the Courtroom of Judge Susan Illston, 450 Golden Gate Avenue, San Francisco, California 94102, so that RAYMOND WILLIAMS may then and there appear upon the charges filed against him in the above-captioned case. You shall produce the prisoner thereafter at all times necessary until the termination of the proceedings in the above-referenced matter. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California.

DATED: 10/16/15

SUSAN Y. SOONG
CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 12-0189 SI